# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

FELIX WALLS, Reg. #02414-112                                                              PETITIONER

v.                                           No. 2:15CV00128-JLH

LORRETTA LYNCH, *et al.*                                                                 RESPONDENTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe and Petitioner's objections. After carefully considering the objections and making a *de novo* review of the record, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that Petitioner's cause of action is DISMISSED and all pending motions are denied as moot.

SO ORDERED this 11th day of February, 2016.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE